FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 09 2015

JAMES N, HATTEN, CLERK
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LETICIA KELLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action |
| | ) File No. 1:15-cv-00725-WSD |
| CARECLOUD CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable.

This the  9th  day of  June , 2015.


_____
Honorable William S. Duffey, Jr.
United States District Court